UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  ALISON M RUSSELL JOHNSON

Debtor(s)

Case No. 12-17530

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/30/2012.

2) The plan was confirmed on 08/23/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/11/2012.

5) The case was dismissed on 12/13/2012.

6) Number of months from filing to last payment: 7.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $4,850.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,098.80 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,098.80

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $250.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $48.61 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $298.61

Attorney fees paid and disclosed by debtor:    $142.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARON SALES & LEASE OWNERSHIP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 157.17 | 255.21 | 255.21 | 0.00 | 0.00 |
| AT & T | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| ATT | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BERWYN POLICE DEPT | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| BLACK EXPRESSIONS BOOK CLUB | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICES | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHARTER ONE | Unsecured | 333.75 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,356.86 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 229.00 | NA | NA | 0.00 | 0.00 |
| CVS | Unsecured | 389.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 12,220.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 9,472.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 8,880.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 5,667.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 5,667.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 4,113.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 4,058.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,833.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 2,833.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 3,247.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DISCOVER FINANCIAL SERVICES | Unsecured | 3,247.00 | 3,247.88 | 3,247.88 | 0.00 | 0.00 |
| FIRST CASH/INSTANT CASH ADVANC | Unsecured | 855.00 | NA | NA | 0.00 | 0.00 |
| GECRB/LORD & TAYLOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 735.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Secured | 735.00 | 235.00 | 235.00 | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | NA | 430.28 | 665.28 | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HSBC/BEST BUY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LOYOLA MEDICINE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| MACYS DSNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MONUMENTAL LIFE INSURANCE | Unsecured | 1,382.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 750.00 | 750.00 | 0.00 | 0.00 |
| NATIONAL CAPITAL MGMT LLC | Secured | 7,710.00 | 15,761.66 | 7,710.00 | 703.64 | 96.55 |
| NATIONAL CAPITAL MGMT LLC | Unsecured | 7,104.00 | 0.00 | 8,051.66 | 0.00 | 0.00 |
| NEXTCARD/MASTERTRUST | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PCC COMMUNITY WELLNESS | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 540.00 | 539.78 | 539.78 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| PREMIER SENIOR MARKETING | Unsecured | 2,791.00 | 3,791.25 | 2,791.25 | 0.00 | 0.00 |
| PREMIER SENIOR MARKETING | Unsecured | 2,791.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 110.20 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 105.23 | NA | NA | 0.00 | 0.00 |
| RESURRECTION HEALTH CARE | Unsecured | 546.44 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC US DEPT OF ED | Unsecured | 15,797.00 | 71,496.68 | 71,496.68 | 0.00 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 15,797.00 | 15,756.15 | 15,756.15 | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBNA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBSD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPEEDY CASH | Unsecured | 296.21 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 438.30 | NA | NA | 0.00 | 0.00 |
| THOMAS J BELL DDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Unsecured | 833.68 | NA | NA | 0.00 | 0.00 |
| US BANK NATIONAL ASSOCIATION | Unsecured | 164.06 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FOREST PARK | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FOREST PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF FOREST PARK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERSIDE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERSIDE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERSIDE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VION HOLDINGS LLC | Unsecured | NA | 719.00 | 719.00 | 0.00 | 0.00 |
| WEST SIDE PATHOLOGY ASSO | Unsecured | 339.40 | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/LIMITED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/NY&C | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/SPIEGEL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,710.00 | $703.64 | $96.55 |
| All Other Secured | $235.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$7,945.00** | **$703.64** | **$96.55** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$104,272.89** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $298.61 |
| Disbursements to Creditors | $800.19 |
| **TOTAL DISBURSEMENTS :** | **$1,098.80** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/27/2013                             By: /s/ Tom Vaughn
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**